IN THE
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>CHRISTINA RENEE WALKER<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08 CIV 5968**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; RULE 7.1 STATEMENT; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; PRACTICES OF JUDGE JOHN F. KEENAN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; ELECTRONIC CASE FILING RULES & INSTRUCTIONS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of July, 2008, at 12:46 PM**, at the address of **918 MORRIS Avenue APT 5F, BRONX**, Bronx County, **NY 10451**; this declarant served the above described documents upon **CHRISTINA RENEE WALKER**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Gina Walker, CO-RESIDENT, A black female approx. 35-40 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **New York** that the statement above is true and correct.

DATED this **14th day of July, 2008**.

_____
Loai E Sarsour, Reg. # 1133309, New York, NY


FOR: **ROBINSON & COLE, LLP**
REF:
**WALKERCHRISTINA|125169747**

ORIGINAL PROOF OF
SERVICE

Tracking #: **5308374** SEA

O AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** July 11, 2008 @ 12:46PM |
| NAME OF SERVER *(PRINT)* Loai F. Sarsour | TITLE Process Server License #1133309 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 918 Morris Ave. Apt 5F Bronx NY 10451

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Gina Walker Co-Resident

☐ Returned unexecuted: _____

☐ Other (specify): Black female, Black hair, 35yoa, 5'-4" in height and 160LBS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/08
              Date                    *Signature of Server*

P.O. Box 230306, Brooklyn, NY 11223
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

## Southern District of New York

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

V.

CHRISTINA RENEE WALKER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CIV 5968**

TO:

Christina Renee Walker
918 Morris Ave
Apt. 5f
Bronx, NY 10451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian E. Moran (BM-8573)
Victor B. Kao  (VK6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

an answer to the complaint which is served on you with this summons, within ___20___ days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

JUL 0 1 2008